Lizbeth V. West, State Bar No. 207137
weintraub genshlea chediak sproul
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendants
Family Service Agency of Greater
Sacramento and Susan Faitos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYN ROSE ANGELA CUMMINGS,<br><br>        Plaintiff,<br><br>vs.<br><br>FAMILY SERVICE AGENCY, BIRTH & BEYOND, AND SUSAN FAITOS, c/o BIRTH & BEYOND,<br><br>        Defendants. | Case No. No. CIV. 2-05-00661 DFL PAN<br><br>STIPULATION TO SUBMIT CASE TO BINDING CONTRACTUAL ARBITRATION AND STAY PROCEEDINGS; ORDER THEREON |

    Plaintiff, Wyn Rose Angela Cummings ("Plaintiff") and Defendants, Family Services Agency of Greater Sacramento (erroneously named Family Services Agency) ("FSA") and Susan Faitos (collectively "Defendants") by and through their attorneys of record, hereby stipulate as set forth below:

    1.    Plaintiff filed her Complaint in this matter on April 5, 2005.

    2.    Defendants filed their Answer on May 23, 2005.

    3.    Plaintiff signed an Arbitration Agreement on August 20, 2002 whereby she agreed to submit employment disputes with her employer, FSA, to binding arbitration ("Arbitration Agreement") (a true and correct copy of the Arbitration Agreement is attached hereto as Exhibit "A").

4. Plaintiff and Defendants hereby desire to stay the above-entitled action and submit all claims and disputes arising out of the action to binding arbitration pursuant to the terms of the Arbitration Agreement.

5. Pursuant to the terms of the Arbitration Agreement, the arbitration shall be held pursuant to the American Arbitration Association's National Rules for the Resolution of Employment Disputes.

6. The arbitration shall be held in Sacramento County.

Dated: July 7, 2005.          _____/s/_____
                              Wyn Rose Angela Cummings


Dated: July 12, 2005.         Weintraub Genshlea Chediak Sproul


                              By:___/s/_____
                                  Lizbeth V. West
                                  Attorneys for Defendants, Family Services
                                  Agency of Greater Sacramento and Susan Faitos

ORDER

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED THAT, Eastern District Court Action No. CIV. 2-05-00661 DFL PAN shall be stayed pending the outcome of the binding arbitration between Plaintiff and Defendants, Family Services Agency of Greater Sacramento and Susan Faitos.


Dated: 7/22/ 2005             _____/s/ David F. Levi_____
                              JUDGE OF THE UNITED STATES DISTRICT
                              COURT, EASTERN DISTRICT OF CALIFORNIA


{9999/LVW/LVW/822627.DOC;}                    2
Wyn Rose Angela Cummings v. Family Service Agency, et al.

Stipulation to Submit Action to Binding Arbitration & Stay Proceedings; Order Thereon
CIV 2-05-00661 DFL PAN

United States District Court, Eastern District of California, Case No. CIV 2-05-00661 DFL PAN

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, Eleventh Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to the within action. On today's date, I caused to be served the following:

STIPULATION TO SUBMIT ACTION TO BINDING CONTRACTUAL ARBITRATION AND STAY THE PROCEEDINGS; ORDER THEREON

☑ I am readily familiar with the firm's practice of collection and processing correspondence for mailing in the ordinary course of business. Under this practice, correspondence is collected, sealed, postage thereon fully prepaid, and deposited the same day with the U. S. Postal Service.

☑ I caused the above documents to be served on the parties in this action by placing them in a sealed envelope in the designated area for outgoing mail, addressed as shown below.

☐ I caused the above documents to be personally delivered to the addressee(s) set forth below.

☐ I caused the above documents to be served on the parties in this action by causing them to be delivered via Federal Express, for next-day delivery to the addressee(s) set forth below.

☐ I caused the above documents to be served on the parties in this action by transmitting them via facsimile to the addressee(s) indicated below.

☑ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. (Federal)

    Wyn Rose Angela Cummings
    7651 Bogan Way
    Antelope, CA  95843

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _____, 2005 , in Sacramento, California.

 

Joyce A. Hume

{9999/LVW/LVW/822627.DOC;}        3         Stipulation to Submit Action to Binding Arbitration & Stay Proceedings; Order Thereon
CIV 2-05-00661 DFL PAN